UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    No. 3:21-CR- 159 |
| v. | : |
| | : |
| ANDREW DANIELS, | : |
| DONTRACE BLAINE, | :    (Judge          ) |
| | : |
| Defendants. | : |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about November 8, 2020, in the Middle District of Pennsylvania, within the special maritime and territorial jurisdiction of the United States, to wit, United States Penitentiary Canaan, the defendants,

**ANDREW DANIELS AND DONTRACE BLAINE,**

aiding and abetting each other and aided and abetted by each other, did knowingly and intentionally assault an individual with dangerous weapons, namely a sharpened object and a combination lock wrapped in a sock, with intent to do bodily harm, and without just cause or excuse.

1

In violation of Title 18, United States Code, Sections 113(a)(3) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about November 8, 2020, in Wayne County, within the Middle District of Pennsylvania, the defendant,

**DONTRACE BLAINE,**

being an inmate at the United States Penitentiary Canaan, Waymarket, Pennsylvania, did knowingly possess a prohibited object, to wit: a weapon and an object designed to be used as a weapon, more specifically, a combination lock wrapped in a sock which the defendant held in his hand.

In violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(d)(1)(B).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3

On or about November 8, 2020, in Wayne County, within the Middle District of Pennsylvania, the defendant,

### ANDREW DANIELS,

being an inmate at the United States Penitentiary Canaan, Waymarket, Pennsylvania, did knowingly possess a prohibited object, to wit: a weapon and an object designed to be used as a weapon, more specifically, a sharpened object which the defendant held in his hand.

In violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(d)(1)(B).

A TRUE BILL

BRUCE D. BRANDLER
ACTING United States Attorney

By:

JAMES M. BUCHANAN
Assistant United States Attorney

Date: 6-1-21

3